Barnhart *v.* Cissna *et al.*

The appeal is dismissed, with costs.

*C. H. Test, D. V. Burns,* and *G. S. Wright,* for appellant.

*J. L. Mitchell* and *W. A. Ketcham,* for appellee.

---

BARNHART *v.* CISSNA ET AL.

SUPREME COURT.—*Appeal of One of Several Defendants.—.Notice to Co-Parties.—* Where there are three defendants to a suit on a promissory note, of whom one is defaulted, and as to another the cause stands continued, and against the third, after an issue and trial, judgment is rendered, and from that judgment he appeals, without serving notice of the appeal on his co-defendants, the appeal is not properly taken.

APPEAL from the Wabash Common·Pleas.

BUSKIRK, J.—The appellees sued Murray, Stone, and Barnhart upon a note payable in bank. Stone pleaded his discharge in bankruptcy, and the cause as to him was continued. Murray made default. Barnhart filed an answer, to which a demurrer was sustained, and he refused to answer further. The damages were assessed by the court and judgment accordingly. A motion for a new trial was made by Barnhart, and was overruled, to which an exception was taken. Barnhart alone appeals. No notice was served upon his co-defendants, as is imperatively required by section 551 of the code, 2 G. & H. 270. The case is not properly here. The appeal has not been taken as required by a positive statute. The appeal must be dismissed.

The appeal is dismissed, at the costs of the appellant.

*T. T. Weir, G. H. Voss, B. F. Davis,* and *J. A. Holman,* for appellant.